UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60734-CIV-SMITH/ AUGUSTIN-BIRCH

TIFFANY ANNE PARKES,

    Plaintiff,

v.

BROWARD COUNTY OFFICE OF MEDICAL
EXAMINER & TRAUMA and FOREST LAWN FUNERAL
HOME & MEMORIAL GARDENS,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") of the Honorable, Panayotta Augustin-Birch U.S. Magistrate Judge, on Plaintiff's Amended Complaint [DE 14]. In her thorough and well-reasoned Report, Judge Augustin-Birch recommends that Plaintiff's Amended Complaint be dismissed and that the case be closed. Plaintiff filed objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Augustin-Birch's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Augustin-Birch's well-reasoned analysis and her recommendation that the Amended Complaint be dismissed for failure to state a claim. Accordingly, it is

    **ORDERED** that:

    1)    The Report and Recommendation [DE 14] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)     Plaintiff's Amended Complaint [DE 11] is **DISMISSED**.

3)     This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of July, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record